## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Vicki Francis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10427-DRH |
| *Wendy Broadway v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10236-DRH |
| *Traci Duran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10762-DRH |
| *Kimberley Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20006-DRH |
| *Tricia Roach v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10834-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 26, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** __/s/*Caitlin Fischer*__
**Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.03.27
15:02:59 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT